LAW OFFICES

# POPE & HUGHES

A PROFESSIONAL ASSOCIATION
THE SUSQUEHANNA BUILDING
SUITE 110
29 W. SUSQUEHANNA AVENUE
TOWSON, MARYLAND 21204

(410) 494-7777
Facsimile (410) 494-1658

J. Preston Turner
jpturner@popehughes.com

March 20, 2003

*Via Electronic Filing*

The Honorable J. Frederick Motz
United States District Court Judge
U.S. District Court for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD  21201

    Re:    *Center Capital Corporation v. Steven Timchula, et al.*
            *Civil Action No. JFM-03-400*

Dear Judge Motz:

    Please accept this letter as the parties' report concerning deposition hours, consent to proceed before a United States Magistrate Judge, and early settlement/ADR conference in the above-referenced civil action.

    As to deposition hours, the parties each request as appropriate twenty (20) hours of deposition time, for a total of forty (40) hours. The parties do not consent to proceed before a United States Magistrate Judge. The parties do not request an early settlement/ADR conference.

                        Respectfully submitted,

                        J. Preston Turner

JPT:ylh

cc:    Stephen J Kleeman, Esquire (via electronic filing)