IN THE UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| CENTER CAPITAL CORPORATION | * | |
| Plaintiff | * | Case No. JFM 03 CV 400 |
| v. | * | |
| STEVEN TIMCHULA, CHARLES THOMAS AND THE ESTATE OF JAMES BLAKE | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on this ____ day of April, 2003, a copy of the Interrogatories and Request for Production of Documents propounded by the Defendant to the Plaintiff were mailed first-class postage prepaid to J. Preston Turner, 29 West Susquehanna Avenue, Suite 110, Towson, MD 21204.

_____
STEPHEN J. KLEEMAN, ESQUIRE
2 North Charles Street
The B&O Building, Suite 320
Baltimore, Maryland  21201
(410) 752-1220

Attorney for Defendants