IN THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| CENTER CAPITAL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEVEN TIMCHULA, CHARLES )<br>THOMAS, and the ESTATE OF )<br>JAMES BLAKE, )<br>)<br>Defendants. ) | Case No. JFM 03 CV 400 |

**ORDER GRANTING PLAINTIFF'S MOTION
TO STRIKE DEFENDANTS' REQUEST FOR JURY TRIAL**

Upon consideration of Plaintiff Center Capital Corporation's Motion To Strike Defendants' Request For Jury Trial, and Defendants' opposition thereto, if any, it is this ___ day of May, 2003, by the United States District Court for the District of Maryland, ORDERED,

1. That Plaintiff's Motion BE, and same hereby IS GRANTED;

2. That Plaintiff's Request For Jury Trial, BE, and the same hereby is STRICKEN, and

3. That this civil action shall be tried before the Court.

_____
J. Frederick Motz, United States
District Court Judge