IN THE UNITED STATES DISTRICT COURT



CENTER CAPITAL CORPORATION

   Plaintiff

v.

   Case No. JFM 03 CV 400

STEVEN TIMCHULA, CHARLES THOMAS
AND THE ESTATE OF JAMES BLAKE

   Defendants.

\* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINE AND TO ALTER SCHEDULING ORDER

Upon consideration of the aforegoing Consent Motion to Extend Discovery Deadline and to Alter Scheduling Order, good cause having been shown, it is this 5th day of June, 2003 **ORDERED** by the United States District Court for the Northern District of Maryland, ~~that the discovery deadline be and is hereby extended to XXXXXXXXXXXXXXXX, 2003, and it is further ORDERED~~ that the Scheduling Order is hereby amended as follows:

| | |
|---|---|
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | September 18, 2003 |
| Rule 26(e)(2) supplementation of disclosures and responses | September 25, 2003 |
| Discovery Deadline; submission of status report | October 21, 2003 |
| Requests for admissions | October 28, 2003 |
| Dispositive pretrial motions deadline | November 18, 2003 |

/s/
J. Frederick Motz
United States District Judge