IN THE UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| CENTER CAPITAL CORPORATION | * | |
| Plaintiff | * | Case No. JFM 03 CV 400 |
| v. | * | |
| STEVEN TIMCHULA, CHARLES THOMAS AND THE ESTATE OF JAMES BLAKE | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO SUPPLEMENT COURT'S ORDER OF JUNE 5, 2003**

Defendant, Steven Timchula and Charles Thomas, by Stephen J. Kleeman, their undersigned attorney, move to supplement Court's Order of June 5, 2003 and for cause, states as follows:

1.  This Court granted the Motion to extend Discovery Deadline on June 5, 2003.

2.  The Order inadvertently failed to include a date for Defendant's expert disclosure (this was the undersigned's error).

WHEREFORE, Defendants respectfully request that the Court supplement its Order of June 5, 2003 to extend the time for the Defendants expert disclosure.

STEPHEN J. KLEEMAN, ESQUIRE
Federal Bar # 01040
2 North Charles Street, Suite 320
Baltimore, Maryland 21201
(410) 752-1220

Attorney for Defendants
Steven Timchula and Charles Thomas

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of June, 2003, a copy of the aforegoing Consent Motion to Supplement Court's Order of June 5, 2003 was mailed first-class postage prepaid to J. Preston Turner, 29 West Susquehanna Avenue, Suite 110, Towson, MD 21204.

STEPHEN J. KLEEMAN, ESQUIRE

IN THE UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| CENTER CAPITAL CORPORATION | * | |
| Plaintiff | * | Case No. JFM 03 CV 400 |
| v. | * | |
| STEVEN TIMCHULA, CHARLES THOMAS AND THE ESTATE OF JAMES BLAKE | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION TO
SUPPLEMENT COURT'S ORDER OF JUNE 5, 2003**

Upon consideration of the aforegoing Motion to Supplement Court's Order of June 5, 2003 , good cause having been shown, it is this _____ day of _____, 2003 **ORDERED** by the United States District Court for the Northern District of Maryland, that the Defendants expert disclosures shall be due by _____.

_____  
DATE

_____  
J. Frederick Motz,  
United States District Court Judge