IN THE UNITED STATES DISTRICT COURT

CENTER CAPITAL CORPORATION

    Plaintiff

v.

STEVEN TIMCHULA, CHARLES THOMAS
AND THE ESTATE OF JAMES BLAKE

    Defendants.

Case No. JFM 03 CV 400

\*   \*   \*   \*   \*   \*   \*   \*     \*   \*   \*

### ORDER GRANTING MOTION TO
### SUPPLEMENT COURT'S ORDER OF JUNE 5, 2003

Upon consideration of the aforegoing Motion to Supplement Court's Order of June 5, 2003, good cause having been shown, it is this 24th day of June, 2003 by the United States District Court for the Northern District of Maryland, that the Defendants expert disclosures shall be due by September 4, 2003

June 24, 2003
DATE

/s/
J. Frederick Motz,
United States District Court Judge