**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CENTER CAPITAL CORPORATION | ) | |
| | ) | Civil Action.: JFM-03-400 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STEVEN TIMCHULA, CHARLES | ) | |
| THOMAS, and the ESTATE OF | ) | |
| JAMES BLAKE, | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF KENNETH D. PETERS IN**
**SUPPORT OF REQUEST FOR ATTORNEYS' FEES**

I, KENNETH D. PETERS, being first duly sworn upon oath, depose and state as follows:

1.      I am an associate attorney employed by ASKOUNIS & BORST, P.C. ("ABPC") and am licensed to practice law in State of Illinois.

2.      ABPC, represents the Plaintiff, CENTER CAPITAL CORPORATION, (hereinafter "CENTER CAPITAL"), in the above captioned matter.

3.      CENTER CAPITAL is entitled to $11,201.32 in fees for services rendered to date in this matter and requests leave to file an amended fee schedule, taking into account additional expenses incurred.  Current charges are based upon ABPC's hourly billing records, created contemporaneously with the rendering of legal services, a copy of which is attached hereto as Exhibit 1.

4.      In addition, our firm incurred $2,242.99 in costs in this matter on behalf of CENTER CAPITAL a copy of which is attached hereto as Exhibit 2.  These costs include the fees of local counsel.

5.     The total fees and costs incurred, to date, by ABPC on behalf of CENTER CAPITAL in connection with the representation of CENTER CAPITAL in the above referenced matter is $13,444.31.

6.     The number of hours spent and the rate charged per hour is fair and reasonable, and within the normal standards of the legal community for the type of services performed.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Kenneth D. Peters, Esq.
Askounis & Borst, P.C.

SUBSCRIBED AND SWORN to before me
this ____ day of _____, 2003.

_____
Notary Public

U:\NVizzini\Center Capital\Environmental Recycling\Pleadings\Aff.4.Fees.KDP.1978.9301.wpd

-2-

Detailed Transaction File List

ASKOUNIS & BORST, P.C.

| Client | Date | Atty | Cat | Src | H P | T X | B C | R C | Tcd | Rate | Hours | Amount | |
|--------|------|------|-----|-----|-----|-----|-----|-----|-----|------|-------|--------|---|
| 1978.09301 | 11/20/02 | 6 | 2 | A | 2 | | | | 11 | | 0.10 | 0.00 | Non-billable time; performed conflict check. |
| 1978.09301 | 11/20/02 | 13 | 2 | A | | | | | 17 | 200.00 | 0.30 | 60.00 | Review of new file and planned strategy regarding same. |
| 1978.09301 | 11/21/02 | 13 | 2 | A | | | | | 1 | 200.00 | 1.30 | 260.00 | Drafted Motion to Modify Automatic Stay; preparation of email to Ms. Levy regarding UCC issues and claim issues. |
| 1978.09301 | 11/22/02 | 13 | 2 | A | | | | | 3 | 200.00 | 0.20 | 40.00 | Telephone conference with Ms. Levy regarding guarantor issues. |
| 1978.09301 | 11/25/02 | 9 | 2 | A | | | | | 18 | 120.00 | 0.80 | 96.00 | Revision of Motion; PACER research on case status; review of docket; revision of Request for Notices and service list; conference with Mr. Dressler regarding strategy and claim; memo to file. |
| 1978.09301 | 11/25/02 | 13 | 2 | A | | | | | 1 | 200.00 | 0.20 | 40.00 | Reviewed and executed Request for Notices. |
| 1978.09301 | 11/30/02 | 16 | 2 | A | | | | | 17 | 200.00 | 3.30 | 660.00 | Review of Master Loan and Security Agreement Number 18099, Loan Schedules 4, 5, 6, and 7, personal guaranties, etc...; dictation of demand letters; dictation of Complaint. |
| 1978.09301 | 12/05/02 | 16 | 2 | A | | | | | 1 | 200.00 | 0.10 | 20.00 | Finalize demand letter to Tmichula and Thomas. |
| 1978.09301 | 12/10/02 | 9 | 2 | A | | | | | 18 | 120.00 | 0.30 | 36.00 | Revision of Motion; preparation of letter to United States Bankruptcy Court; filing of Request for Notice; memo to file. |
| 1978.09301 | 12/12/02 | 13 | 2 | A | | | | | 18 | 200.00 | 0.40 | 80.00 | Revision of Order regarding stay modification; telephone conference with Court regarding hearing on Motion to Modify. |
| 1978.09301 | 12/14/02 | 16 | 2 | A | | | | | 1 | 200.00 | 1.80 | 360.00 | Finalize Complaint and Exhibits; preparation of correspondence to local counsel regarding filing same. |
| 1978.09301 | 12/17/02 | 13 | 2 | A | | | | | 3 | 200.00 | 0.20 | 40.00 | Telephone conference with Debtor's Attorney regarding adequate protection issues. |
| 1978.09301 | 12/18/02 | 13 | 2 | A | | | | | 3 | 200.00 | 0.40 | 80.00 | Telephone conference with Mr. Preston regarding hearing date on Motion for Relief; preparation of email to Mr. Preston regarding same. |
| 1978.09301 | 12/19/02 | 13 | 2 | A | | | | | 17 | 200.00 | 0.20 | 40.00 | Review of local rules regarding Motions for Relief. |
| 1978.09301 | 12/20/02 | 12 | 2 | A | | | | | 1 | 100.00 | 0.20 | 20.00 | Review of documents received from Bankruptcy Court; memo to file. |
| 1978.09301 | 01/03/03 | 13 | 2 | A | | | | | 18 | 200.00 | 1.30 | 260.00 | Revision of Motion for Relief; prepared service list and Notice of Motion; reviewed local rules regarding service issues. |
| 1978.09301 | 01/06/03 | 13 | 2 | A | | | | | 3 | 200.00 | 0.20 | 40.00 | Telephone conference with Court regarding hearing date issues. |
| 1978.09301 | 01/07/03 | 9 | 2 | A | | | | | 17 | 120.00 | 0.40 | 48.00 | Review of loan documents; preparation of Proof of Claim and Exhibits; conference with Mr. Dressler; memo to file. |
| 1978.09301 | 01/07/03 | 16 | 2 | A | | | | | 17 | 200.00 | 4.00 | 800.00 | Review of returned correspondence regarding demand on Personal Guarantor; telephone conference with local counsel regarding estate claim and per diem;  legal research regarding Connecticut law on interest charges; review of facsimile regarding estate claim; review of loan documents; preparation of notes; Legal research regarding Maryland estate law. |
| 1978.09301 | 01/07/03 | 13 | 2 | A | | | | | 3 | 200.00 | 1.60 | 320.00 | Telephone conference with Judge's clerk regarding hearing issues; prepared Exhibits to Motion for Relief; revised Order and service list; drafted letter to Mr. Turner regarding service issues; prepared 80 party service list. |



EXHIBIT 1

ASKOUNIS & BORST, P.C.

| Client | Date | Atty | Cat | Src | H P | T X | B C | R C | Tcd | Rate | Hours | Amount | |
|--------|------|------|-----|-----|-----|-----|-----|-----|-----|------|-------|--------|---|
| 1978.09301 | 01/08/03 | 16 | 2 | | A | | | | 3 | 200.00 | 0.20 | 40.00 | Telephone conference with Ms. Levy regarding estate claim issues concerning James Blake; preparation of e-mail to Ms. Levy regarding same. |
| 1978.09301 | 01/17/03 | 13 | 2 | | A | | | | 33 | 200.00 | 0.20 | 40.00 | Review of e-mail from client regarding value of additional collateral. |
| 1978.09301 | 01/21/03 | 13 | 2 | | A | | | | 17 | 200.00 | 0.40 | 80.00 | Review of answer to Motion for Relief filed by the Debtor; preparation of email to Ms. Levy regarding same; memo to file regarding same. |
| 1978.09301 | 01/22/03 | 9 | 2 | | A | | | | 3 | 120.00 | 0.30 | 36.00 | Telephone conference with Mr. Rosenblatt regarding Motion Practice; telephone conference with United States Bankruptcy Court; conference with Mr. Dressler. |
| 1978.09301 | 01/22/03 | 13 | 2 | | A | | | | 3 | 200.00 | 0.40 | 80.00 | Telephone conference with client regarding equipment schedules; telephone conference with Debtor's Attorney regarding adequate protection issues. |
| 1978.09301 | 01/24/03 | 13 | 2 | | A | | | | 18 | 200.00 | 0.30 | 60.00 | Revision of Proof of Claim. |
| 1978.09301 | 01/27/03 | 9 | 2 | | A | | | | 18 | 120.00 | 0.70 | 84.00 | Revision of Proof of Claim and Exhibits; preparation of letter to United States Bankruptcy Court; preparation of letter to Debtor's Attorney; filing of Proof of Claim; preparation of letter to client; update spreadsheet; memo to file. |
| 1978.09301 | 01/27/03 | 13 | 2 | | A | | | | 3 | 200.00 | 0.70 | 140.00 | Telephone conference with Debtor's counsel regarding adequate protection; commenced drafting adequate protection Agreement. |
| 1978.09301 | 01/29/03 | 13 | 2 | | A | | | | 1 | 200.00 | 0.40 | 80.00 | Commenced drafting adequate protection Agreement. |
| 1978.09301 | 01/30/03 | 13 | 2 | | A | | | | 1 | 200.00 | 1.10 | 220.00 | Drafted adequate protection Order; telephone conference with Court clerk regarding hearing on Motion for Relief; telephone conference with Preston Turner. |
| 1978.09301 | 01/31/03 | 13 | 2 | | A | | | | 3 | 200.00 | 0.50 | 100.00 | Telephone conference with Debtor's Attorney regarding Settlement Agreement; preparation of email to Debtor's Attorney regarding same. |
| 1978.09301 | 02/02/03 | 16 | 2 | | A | | | | 1 | 200.00 | 0.10 | 20.00 | Review of file regarding monthly status report. |
| 1978.09301 | 02/04/03 | 13 | 2 | | A | | | | 3 | 200.00 | 0.30 | 60.00 | Telephone conference with Mr. Livingston regarding entry of Agreed Order; review of Order regarding Motion to Enlarge Time. |
| 1978.09301 | 02/05/03 | 13 | 2 | | A | | | | 18 | 200.00 | 0.20 | 40.00 | Revision of Notice of Agreed Stipulation; review of executed adequate protection Agreement. |
| 1978.09301 | 02/06/03 | 12 | 2 | | A | | | | 3 | 100.00 | 0.20 | 20.00 | Telephone conference with Debtor's Attorney regarding Agreed Order. |
| 1978.09301 | 02/07/03 | 9 | 2 | | A | | | | 8 | 120.00 | 0.20 | 24.00 | Review of letter from United States Bankruptcy Court; memo to file. |
| 1978.09301 | 02/11/03 | 16 | 2 | | A | | | | 17 | 200.00 | 0.70 | 140.00 | Review of "Notice of Disalburance" of claim and basis therefore; telephone conference with local counsel (2x) regarding instructions on steps for further handling. |
| 1978.09301 | 02/12/03 | 12 | 2 | | A | | | | 3 | 100.00 | 0.30 | 30.00 | Telephone conference with Debtor's Attorney regarding Agreed Order; telephone conference with local counsel. |
| 1978.09301 | 02/13/03 | 12 | 2 | | A | | | | 10 | 100.00 | 0.20 | 20.00 | Preparation of letter to Judge's clerk; memo to file. |
| 1978.09301 | 02/18/03 | 16 | 2 | | A | | | | 17 | 200.00 | 0.20 | 40.00 | Review of correspondence regarding filing of Complaint and service. |
| 1978.09301 | 02/19/03 | 12 | 2 | | A | | | | 17 | 100.00 | 0.20 | 20.00 | Review of documents received from Bankruptcy Court; memo to file. |
| 1978.09301 | 03/03/03 | 12 | 2 | | A | | | | 17 | 100.00 | 0.20 | 20.00 | Review of documents received from Bankruptcy |

| Client | Date | Atty | Cat | Src | H P | T X | B C | C | Tcd | Rate | Hours | Amount | |
|--------|------|------|-----|-----|-----|-----|-----|---|-----|------|-------|--------|---|
| | | | | | | | | | | | | | Court; memo to file. |
| 1978.09301 | 03/03/03 | 13 | 2 | A | | | | | 1 | 200.00 | 0.20 | 40.00 | Telephone conference with Debtor's Attorney regarding payment issues. |
| 1978.09301 | 03/05/03 | 16 | 2 | A | | | | | 17 | 200.00 | 0.50 | 100.00 | Review of answer to Complaint; preparation of note regarding jury. |
| 1978.09301 | 03/14/03 | 13 | 2 | A | | | | | 1 | 200.00 | 0.30 | 60.00 | Drafted letter to Debtor's Attorney regarding default in adequate protection Agreement. |
| 1978.09301 | 03/18/03 | 13 | 2 | A | | | | | 1 | 200.00 | 0.20 | 40.00 | Preparation of e-mail to Ms. Levy regarding stay modification issues; memo to file regarding same. |
| 1978.09301 | 03/18/03 | 13 | 2 | A | | | | | 1 | 200.00 | 0.20 | 40.00 | Telephone conference with Debtor's Attorney regarding payments. |
| 1978.09301 | 03/19/03 | 16 | 2 | A | | | | | 17 | 200.00 | 4.00 | 800.00 | Review of scheduling Order entered by Judge J. Frederick Motz; review of local rules for District of Maryland regarding same; telephone conference with attorney for Timchula and Thomas regarding scheduling Order and initial report; preparation of initial report regarding scheduling Order; dictation of interrogatories to propound to Timchula and Thomas; dictation of Request for Production to Timchula and Thomas; commence dictation of Motion to Strike Defendants' Jury Demand. |
| 1978.09301 | 03/20/03 | 16 | 2 | A | | | | | 19 | 200.00 | 0.50 | 100.00 | Preparation of Motion to Strike Request for Jury Trial. |
| 1978.09301 | 03/29/03 | 16 | 2 | A | | | | | 18 | 200.00 | 1.00 | 200.00 | Revision of Center Capital's Request for Production of Documents; revision of Center Capital's interrogatories propounded by Center Capital to Defendants; revision of Motion to Strike Jury Demand. |
| 1978.09301 | 03/31/03 | 6 | 2 | A | | | | | 1 | | | 814.32 | Refund of $814.32. |
| 1978.09301 | 04/12/03 | 16 | 2 | A | | | | | 1 | 190.00 | 1.00 | 190.00 | Revision of interrogatories to be propounded to Timchula and interrogatories to be propounded to Thomas; revision of requests for production to be propounded to Timchula and to be propounded to Timchula; revision of Motion to Strike Defendants' Request for Jury Trial; preparation of correspondence to local counsel regarding same. |
| 1978.09301 | 04/18/03 | 16 | 2 | A | | | | | 1 | 190.00 | 0.70 | 133.00 | Telephone conference with local counsel regarding discovery and Motion to strike jury demand; preparation of draft Affidavit of Mr. Enright regarding same. |
| 1978.09301 | 04/19/03 | 16 | 2 | A | | | | | 1 | 190.00 | 2.00 | 380.00 | Preliminary preparation of answers to interrogatories and requests for production; preparation of letter to Ms. Levy regarding same, status, and strategy; preparation of e-mail to local counsel regarding Court deadlines and expert witness disclosure. |
| 1978.09301 | 04/21/03 | 16 | 2 | A | | | | | 1 | 190.00 | 0.30 | 57.00 | Preparation of e-mail to local counsel regarding expert equipment appraisal witness; telephone conference with local counsel regarding same. |
| 1978.09301 | 04/22/03 | 16 | 2 | A | | | | | 1 | 190.00 | 0.20 | 38.00 | Revision of correspondence to client regarding discovery and status. |
| 1978.09301 | 04/23/03 | 16 | 2 | A | | | | | 1 | 190.00 | 1.50 | 285.00 | Revision of Affidavit in Support of Motion to Strike Jury Demand; Deposition of regarding same; preparation of e-mail to local counsel regarding same; review of file regarding Master Loan and Security Agreement and each of the four schedules |

ASKOUNIS & BORST, P.C.

| Client | Date | Atty | Cat | Src | H P | T X | B C | C | Tcd | Rate | Hours | Amount | |
|--------|------|------|-----|-----|-----|-----|-----|---|-----|------|-------|--------|--|
| | | | | | | | | | | | | | concerning status of collateral and amounts due and owing; preparation of e-mail to Ms. Levy regarding discovery. |
| 1978.09301 | 04/28/03 | 13 | 2 | A | | | | | 1 | 190.00 | 0.20 | 38.00 | Preparation of demand letter to Debtor's Attorney regarding payment issues. |
| 1978.09301 | 04/30/03 | 16 | 2 | A | | | | | 1 | 190.00 | 1.50 | 285.00 | Review of file regarding preparation of discovery responses. |
| 1978.09301 | 05/01/03 | 16 | 2 | P | | | | | 1 | 190.00 | 0.70 | 133.00 | Telephone conference with local counsel regarding discovery deadlines; review of executed Affidavit and forward same; telephone conference with Ms. Levy regarding insurance and discovery; telephone conference with Mr. DePaolo regarding discovery. |
| 1978.09301 | 05/02/03 | 16 | 2 | P | | | | | 1 | 190.00 | 0.50 | 95.00 | Review of file regarding expert opinion witnesses; telephone conference with Mr. DePaola regarding discovery (2x); review of file regarding insurance. |
| 1978.09301 | 05/04/03 | 16 | 2 | P | | | | | 1 | 190.00 | 0.30 | 57.00 | Review of file regarding Rule 26(a)(1) witnesses; preparation of note regarding same. |
| 1978.09301 | 05/05/03 | 16 | 2 | P | | | | | 1 | 190.00 | 4.80 | 912.00 | Telephone conference with Joe Rutkowski regarding knowledge of sale of Chipper and Rule 26(a)(2); preparation of notes regarding same; review of file regarding opinion witness testimony; preparation of note; telephone conference with Mr. Enright regarding same; preparation of report from Mr. Enright; preparation of Rule 26(a)(2) letter; telephone conference with local counsel regarding same (2x); preparation of e-mail to Mr. Enright regarding same (3x); telephone conference with attorney for Defendants regarding his failure to comply with Rule 33; preparation of fax to attorney for Defendants regarding report of Mr. Enright; revision of draft to response to request for production and answers to interrogatories; telephone conference with Mr. DePaola discovery (2x); preparation of correspondence to and assembly of documents for outside expert witness Mark Schickendantz. |
| 1978.09301 | 05/06/03 | 16 | 2 | P | | | | | 1 | 190.00 | 0.20 | 38.00 | Telephone conference with attorney for Defendants regarding interrogatories; preparation of correspondence to said attorney confirming interrogatories to delete and extension of time. |
| 1978.09301 | 05/15/03 | 16 | 2 | P | | | | | 1 | 190.00 | 0.30 | 57.00 | Multiple exchanges of e-mails with local counsel regarding steps for further handling. |
| 1978.09301 | 05/16/03 | 16 | 2 | P | | | | | 1 | 190.00 | 1.40 | 266.00 | Extensive telephone conference with Mr. DePaola regarding discovery responses; dictation of revisions to discovery responses and answers to discovery. |
| 1978.09301 | 05/17/03 | 16 | 2 | P | | | | | 1 | 190.00 | 4.50 | 855.00 | Legal research regarding rebuttable presumption issues and pleading issues concerning the Defendants' affirmative defenses under Part 6 of Article 9 of the UCC, and conclude that Motion for Summary Judgment should be brought at this time despite ongoing discovery; legal research regarding Maryland law and Connecticut law concerning same; review of pleadings; preparation of e-mail to local counsel regarding same; dictation of Motion for Summary Judgment against Personal Guarantors Timchula and Thomas; |

```
                                     H T B R
  Client    Date    Atty Cat Src P X C C Tcd    Rate     Hours     Amount
  ------    ----    ---- --- --- - - - - ---    ----     -----     ------
                                                                          dictation of Memorandum of Law in Support of
                                                                          Motion for Summary Judgment on each of the four
                                                                          schedules (including the schedule being paid
                                                                          through the Bankruptcy Court); dictation of
                                                                          Affidavit in support of Motion for Summary
                                                                          Judgment and proposed Order; preparation of
                                                                          e-mail to Ms. Levy regarding Motion for Summary
                                                                          Judgment.
  1978.09301 05/19/03  16   2     P        1  190.00      2.30    437.00 Revision of Center Capital's Motion for Summary
                                                                          Judgment, Final Judgment Order, Memorandum of Law
                                                                          in Support of Motion for Summary Judgment, and
                                                                          Affidavit of Craig Enright in Support of Motion
                                                                          for Summary Judgment; revision of Plaintiff's
                                                                          Response to Request for Production.
  1978.09301 05/21/03  16   2     P        1  190.00      0.30     57.00 Finalize Interrogatory Answers.
                                                                 =====   ========
  Total for Client ID 1978.09301           Billable   54.80   11201.32 CENTER CAPITAL CORPORATION
                                       Non-billable    0.10       0.00 CENTER CAPITAL V. ENVIRONMENTAL RECYCLING &
                                              Total   54.90   11201.32


                                                                 =====   ========
  Grand Totals                              Billable   54.80   11201.32
                                       Non-billable    0.10       0.00
                                              Total   54.90   11201.32
```

Detail Cost Transaction File List
ASKOUNIS & BORST, P.C.

| Client | Date | Atty | E/A | Src | H P | T X | B C | R C | Tcd | C T | Amount | |
|--------|------|------|-----|-----|-----|-----|-----|-----|-----|-----|--------|--|
| 1978.09301 | 12/30/02 | 2 | E | A | | | A | | 40 | 0 | 19.66 | Delivery via (72) FEDERAL EXPRESS. |
| 1978.09301 | 12/31/02 | 2 | E | | | | A | | 41 | 0 | 43.66 | Postage. |
| 1978.09301 | 12/31/02 | 2 | A | A | | | A | | 108 | 0 | 75.00 | Costs advanced for (126) United States Bankruptcy Court Clerk to file Motion to Modify Automatic Stay. |
| 1978.09301 | 01/21/03 | 2 | E | A | | | A | | 40 | 0 | 22.94 | Delivery via (72) FEDERAL EXPRESS. |
| 1978.09301 | 01/31/03 | 2 | E | | | | A | | 41 | 0 | 189.49 | Postage. |
| 1978.09301 | 02/26/03 | 2 | A | A | | | A | | 107 | 1 | 461.36 | Local counsel statement for services rendered (956). |
| 1978.09301 | 02/28/03 | 2 | E | A | | | A | | 40 | 0 | 12.37 | Delivery via (72) FEDERAL EXPRESS. |
| 1978.09301 | 02/28/03 | 2 | E | A | | | A | | 40 | 0 | 13.89 | Delivery via (72) FEDERAL EXPRESS. |
| 1978.09301 | 02/28/03 | 2 | E | | | | A | | 41 | 0 | 70.18 | Postage. |
| 1978.09301 | 02/28/03 | 2 | E | A | | | A | | 51 | 0 | 55.84 | Legal research via (31) WEST GROUP. |
| 1978.09301 | 03/24/03 | 2 | A | A | | | A | | 107 | 1 | 663.61 | Local counsel statement for services rendered (956). |
| 1978.09301 | 03/26/03 | 2 | A | A | | | A | | 107 | 1 | 156.48 | Local counsel statement for services rendered (956). |
| 1978.09301 | 04/23/03 | 2 | E | | | | A | | 48 | 0 | 1.54 | Costs advanced to Public Access to Court Electronic Records. |
| 1978.09301 | 04/25/03 | 2 | A | A | | | A | | 107 | 1 | 236.50 | Local counsel statement for services rendered (956). |
| 1978.09301 | 04/30/03 | 2 | A | A | | | A | | 107 | 1 | 150.50 | Local counsel statement for services rendered (956). |
| 1978.09301 | 04/30/03 | 2 | E | A | | | A | | 40 | 0 | 14.09 | Delivery via (72) FEDERAL EXPRESS. |
| 1978.09301 | 05/05/03 | 2 | E | A | | | P | | 40 | 0 | 12.99 | Delivery via (72) FEDERAL EXPRESS. |
| 1978.09301 | 05/05/03 | 2 | E | A | | | P | | 40 | 0 | 14.32 | Delivery via (72) FEDERAL EXPRESS. |
| 1978.09301 | 05/05/03 | 2 | E | A | | | P | | 40 | 0 | 14.32 | Delivery via (72) FEDERAL EXPRESS. |
| 1978.09301 | 05/20/03 | 2 | E | A | | | P | | 40 | 0 | 14.25 | Delivery via (72) FEDERAL EXPRESS. |

|  |  |  |  |
|--|--|--|--|
| Total for Client ID 1978.09301 | Billable | 2242.99 | CENTER CAPITAL CORPORATION |
|  | Total | 2242.99 | CENTER CAPITAL V. ENVIRONMENTAL RECYCLING & |

|  |  |  |
|--|--|--|
| Grand Totals | Billable | 2242.99 |
|  | Total | 2242.99 |

EXHIBIT