IN THE UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| CENTER CAPITAL CORPORATION | * | |
| Plaintiff | * | Case No. JFM 03 CV 400 |
| v. | * | |
| STEVEN TIMCHULA, CHARLES THOMAS AND THE ESTATE OF JAMES BLAKE | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION

It is hereby stipulated and agreed by and between the parties that the Defendants, Steven Timchula and Charles Thomas, shall have up to and including Friday, August 8, 2003 to file a response to the Plaintiff's Motion for Summary Judgment.

_____
J PRESTON TURNER, ESQUIRE
Federal Bar # 08449
POPE & HUGHES
29 West Susquehanna Avenue
Suite 110
Towson, MD 21204
(410) 494-7777

Attorney for Plaintiff

_____
STEPHEN J. KLEEMAN, ESQUIRE
Federal Bar # 01040
2 North Charles Street, Suite 320
Baltimore, Maryland 21201

(410) 752-1220

Attorney for Defendants
Steven Timchula and Charles Thomas

SO ORDERED:

_____
DATE

_____
J. Frederick Motz,
United States Disrtict Court Judge