UNITED STATES DISTRICT COURT

CENTER CAPITAL CORPORATION,
4 Farm Springs Rd.
Farmington, Connecticut 06032

      Plaintiff,

v.                                          Civil action No. <u>JFM 03 CV 400</u>

STEVEN TIMCHULA, et ux
5309 Dawnvale Road
Baltimore, MD 21236

      Defendant(s)

## SUGGESTION OF BANKRUPTCY

NOW comes the Defendant(s), Charles Ray Thomas, by Grossbart, Portney & Rosenberg, P.A., his attorney, and hereby files this Suggestion of Bankruptcy, suggesting to the Court that all further action upon said suit be stayed for:

**1** That on September 30, 2003, the Defendant(s) filed a Voluntary Petition in Bankruptcy in the U.S. Bankruptcy Court for the District of Maryland, being Bankruptcy No. 03-8-1491

2. That the debt and judgment obtained, where obtained, upon which the within suit is premised has been duly scheduled in the Bankruptcy Petition and due notice of the bankruptcy proceedings has been or will be given to the Plaintiff herein  The debt upon which this suit was filed is dischargeable in bankruptcy and such discharge would release any further obligation of the Defendant to the Plaintiff.

3. That the within suit was filed before the date of bankruptcy and said claim is a provable claim in the bankruptcy proceedings

WHEREFORE, it is suggested that this Court grant a stay of all further proceedings herein pursuant to the Bankruptcy Act.

_____
Robert N. Grossbart, Esquire
Grossbart, Portney & Rosenberg, P.A.
Blaustein Building, Suite 1214
One North Charles Street
Baltimore, Maryland 21201
(410) 837-0590
Attorney for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of October, 2003, a copy of the foregoing was mailed first class, postage prepaid to: Center Capital Corporation, c/o J. Preston Turner, POPE & HUGHES, The Susquehanna Building, Suite 110, 29 W. Susquehanna Avenue, Towson, MD 21204, attorney for plaintiff.

_____
Robert N. Grossbart, Esquire

2