UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk          Reply to Northern Division Address

October 3, 2003

Robert N. Grossbart, Esq
. Blaustein Bldg., Suite 1214
One N. Charles St
Baltimore, Md. 21201

Re:   Case No. JFM 03-400

Dear Counsel/Party:

Your Suggestion of Bankruptcy was received in paper format on 10/3/03.

[X]   The document should have been filed electronically. It has been scanned and filed electronically by court staff.

[ ]   You did not include a PDF version of the document on a diskette or CD. The document has been scanned and filed electronically by court staff.

All further filings in this case must be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

If you are not a registered CM/ECF user, you should immediately register. Registration is available on-line on the Court's web site.

Please be advised that any future filings which are not made electronically may be returned to you.

Very truly yours,

/s/

S. Franke
for
Felicia C. Cannon, Clerk

cc:   Other counsel/party

U.S. District Court (Rev. 7/9/2003) - Warning letter

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov