IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CENTER CAPITAL CORPORATION  *

    Plaintiff(s)  *

                                                      Civil Action No.: JFM-03-400

vs.  *

STEVEN TIMCHULA, CHARLES THOMAS  *

    Defendant(s)  ******

**ORDER**

Defendants having filed bankruptcy proceedings in which an automatic stay has been issued, it is, this 6th day of October, 2003

ORDERED that this action be administratively closed as to defendants Steven Timchula and Charles Thomas without prejudice to the right of plaintiff(s) to move to reopen this action for good cause shown.

/s/
J. Frederick Motz
United States District Judge

U.S. District Court (Rev. 12/1999)