IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CENTER CAPITAL CORPORATION | * | |
| Plaintiff(s) | * | |
| | | Civil Action No.: JFM-03-400 |
| vs. | * | |
| STEVEN TIMCHULA, CHARLES THOMAS | * | |
| Defendant(s) | ****** | |

**ORDER**

By an order dated October 6, 2003, this case has been administratively closed as to defendant Steven Timchula and Charles Thomas. The case remains open as to defendant the Estate of James Blake. By a "paperless order" entered on November 13, 2003, this court requested a report on the status of the case on or before November 20, 2003. Plaintiff has not provided such a report. Accordingly, it is, this 3rd day of December 2003

ORDERED

1. The terms of the order entered by this court on October 6, 2003 are incorporated by reference into this order;

2. This case is administratively closed as to the Estate of James Blake, subject to being reopened for good cause shown; and

3. This case is administratively closed.

/s/
J. Frederick Motz
United States District Judge

U.S. District Court (Rev. 12/1999)

U.S. District Court (Rev. 12/1999)